# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133647

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEVE THOMAS,
      Plaintiff-Appellant,

v

                                SC: 133647
                                COA: 264585

DEPARTMENT OF CORRECTIONS,      Jackson CC: 01-003768-NZ
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

_____
                     Clerk